UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PARAGON INSURANCE
HOLDINGS, LLC,

    Plaintiff,

v.                                                      Case No.:   2:25-cv-54-SPC-KCD

CHRISTIAN PHILLIPS,

    Defendant.
_____/

## **ORDER**

       Before the Court is the parties' Agreed Motion for Entry of Preliminary Injunction Order. (Doc. 46). The parties agree that Defendant Christian Phillips ("Phillips") should be enjoined from disclosing or using any Confidential Information or trade secrets belonging to Plaintiff Paragon Insurance Holdings, LLC ("Paragon") or its subsidiaries or affiliates. "Confidential Information" means non-public information relating to Paragon or its subsidiaries that Phillips acquired or learned through his employment with Paragon that has value to Paragon, and does not include data or information that (1) has been voluntarily disclosed to the public by Paragon, except where such public disclosure has been made by Phillips without prior written authorization from Paragon; (2) has been independently developed and disclosed by others, as demonstrated through competent written records; or (3)

has otherwise entered the public domain through no fault of Phillips. Based on the parties' stipulation, the Court grants the agreed motion.

Accordingly, it is now

**ORDERED:**

1. The parties' Agreed Motion for Entry of Preliminary Injunction Order (Doc. 46) is **GRANTED**.

2. The Court enjoins Christian Phillips from disclosing or using any Confidential Information, as defined above, or trade secrets belonging to Paragon Insurance Holdings, LLC or its subsidiaries or affiliates.

3. This Order shall take effect immediately and remain in effect until the final disposition of this matter, at which time the Court will determine whether to convert this preliminary injunction into a permanent injunction.

4. Paragon may not use the entry of this Order to establish its status as a prevailing party.

5. Paragon's Motion for Preliminary Injunction (Doc. 2) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 2, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record